Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−17058−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Joanne Aungst
  408 Copley Road
  Haddonfield, NJ 08033

Social Security No.:
  xxx−xx−6082

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/9/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 9, 2019
JAN: bc

                                                                Jeanne Naughton
                                                                Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                              Case No. 19-17058-ABA
Joanne Aungst                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Oct 09, 2019
                               Form ID: 148             Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db             +Joanne Aungst,    408 Copley Road,    Haddonfield, NJ 08033-3621
cr             +Selene Finance LP,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                 New York, NY 10004-1734
518466443       Augst Ronald,    408 Copley Rd,    Haddonfield, NJ 08033-3621
518466444       Divine Empowerment Zone,    Haddonfield, NJ 08033
518168245       JPMorgan Chase Bank, N.A.,    as Servicer for U.S. Bank, N.A.,    Executive Office,
                 3145 Vision Drive,    Columbus, OH 43219
518168251      +Pluese Becker & Saltzman LLC,     20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
518168252      +Regional Sewer Service,    1645 Ferry Avenue,    Camden, NJ 08104-1311
518168247      +Selene Finance LP,    85 Broad Street, Suite 501,    New York, NY 10004-1734
518466442      +US ROF lll Legal Title Trust,    Pluese Becker and Saltzman,    2000 Horizon Way,
                 Mount Laurel, NJ 08054-4303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 10 2019 01:03:08      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 10 2019 01:03:05      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518173891      +E-mail/Text: bankruptcy@cavps.com Oct 10 2019 01:03:20      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518497417      +E-mail/Text: bkteam@selenefinance.com Oct 10 2019 01:02:25      NJCC Fund #5 Trust,
                 c/o Selene Finance LP,    9990 Richmond Avenue,    Suite 400 South,    Houston TX 77042-4546
518168246      +E-mail/Text: jennifer.chacon@spservicing.com Oct 10 2019 01:03:56
                 Select Portfolio Servicing,    Attn: Bankruptcy Department,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
518168250      +E-mail/Text: bkteam@selenefinance.com Oct 10 2019 01:02:25      Selene Finance,
                 9990 Richmond Avenue,    Suite 400 South,    Houston, TX 77042-4546
                                                                                               TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jonathan C. Schwalb    on behalf of Creditor    Selene Finance LP bankruptcy@friedmanvartolo.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 3
```